## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal Case No. 03-441-08 (RBW) |
| | ) | |
| ANTHONY RICE, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## ORDER

In accordance with the oral rulings issued by the Court at the motion hearing held on the same date via videoconference, it is hereby

**ORDERED** that the Emergency Motion for Compassionate Release, ECF No. 1055, is **GRANTED**.  It is further

**ORDERED** that the defendant is **RESENTENCED** to time served, with a ten-year period of supervised release.  It is further

**ORDERED** that, subject to a fourteen-day quarantine and a medical clearance by prison authorities, the defendant be immediately released from custody on his sentence in this case.  It is further

**ORDERED** that the government's show cause obligations under the Court's July 7, 2020 Order are **DISCHARGED**.  It is further

**ORDERED** that the Government's Motion for Leave to Late File, ECF No. 1065, is **GRANTED**.  It is further

**ORDERED** that the United States' Opposition to Defendant's Pro Se Motion to Impose a Reduced Sentence Pursuant to Section 404 of the First Step Act, ECF No. 1065-2, is

**ACCEPTED AS FILED** as of July 8, 2020, and the Clerk of the Court shall file it as a separate entry on the docket.  It is further

      **ORDERED** that the Motion and Incorporated Memorandum for Imposition of a Reduced Sentence Pursuant to Section 404 of the First Step Act, ECF No. 1045, is **DENIED AS MOOT**.

      **SO ORDERED** this 8th day of July, 2020.

REGGIE B. WALTON
United States District Judge